# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7086 SVW (CWx) | Date | July 30, 2008 |
|---|---|---|---|
| Title | Washington Mutual Bank v. First Capital Financial Resources | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   ORDER TO SHOW CAUSE WHY PARTIAL SUMMARY JUDGMENT SHOULD NOT ENTER

The Court orders Defendant First Capital to file a brief of no more than five pages in length by August 6, 2008 explaining why the Court should not grant partial summary judgement for Plaintiff on the issue of the incorporation of the Seller's Guide into the Agreement in light of Federal Rule of Evidence 302 and California Evidence Code Section 622. The Court also invites Defendant to file a Motion for Summary Judgment on the basis of the antideficiency laws and unconscionability arguments asserted in its briefing on Plaintiff's Motion for Summary Judgment if it feels such arguments could be dispositive in its favor. Hearing on the Order to Show Cause will be at 10:00 AM on August 8, 2008.

|  | : |
|---|---|
| Initials of Preparer | PMC |