FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CAPITAL FINANCIAL RESOURCES, INC.,<br><br>Defendant. | Case No. 2:07-cv-07086 SVW CW<br><br>[~~PROPOSED~~] JUDGMENT FOR PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION-RECEIVER (SUBSTITUTED FOR WASHINGTON MUTUAL BANK) |

The issues in this matter having been heard and a written order having been rendered and filed by this Court on October 1, 2009 (ECF 62), it is hereby **ADJUDGED** as follows:

1. Plaintiff Federal Deposit Insurance Corporation-Receiver ("FDIC-Receiver") is entitled to judgment against defendant First Capital Resources, Inc. in the amount of $532,739.93.

2. Post-judgment interest shall accrue according to 28 U.S.C. § 1961.

3. Plaintiff FDIC-Receiver may bring a motion to recover attorney's fees and costs within the statutory time period.

4. ~~The Court retains jurisdiction to enforce this Judgment.~~

IT IS SO ADJUDGED.

DATED: 12/10/10

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

SCHIFF HARDIN
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] JUDGMENT